*MOSKOWITZ + BOOK LLP*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Plaintiff: Phillip Kassai

VS.                                           Index # 07 CIV 5590

Drinks America Holdings, Ltd.

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN          ss.

Stuart Perlmutter, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State New York, County of Suffolk.

That on June 18, 2007 at 3:50 PM., Deponent served the within named Drinks America Holdings, Ltd. by delivering a true copy of the Summons and Complaint; Civil Cover Sheet and Judges Rules to Jason Lazo / Chief Operating Officer, a person authorized to accept service of process on behalf of Drinks America Holdings, Ltd..

Service was effected at 372 Danbury Road, Wilton, CT. 06897.

Jason Lazo is a White Male, Approximately 40 years of age, 5'9" and 170 pounds with Brown hair.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

Sworn to and subscribed before me this
19  Day of  June , 2007
by the affiant who is personally known
to me or produced identification

Linda J. Perlmutter
NOTARY PUBLIC
My Commission Expires: 12/31/08

Stuart Perlmutter
3MB942370

3MB942370