# MOSKOWITZ & BOOK, LLP
### ATTORNEYS AT LAW

1372 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10018
(212) 221-7999
FAX: (212) 398-8835
E-MAIL: INFO@MOSKOWITZANDBOOK.COM

**MEMO ENDORSED**


RECEIVED
JUL 2 3 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

July 23, 2007

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kassai v. DrDisneyAmericaHoldings
    CV 07 5590 (RMB)

[Handwritten endorsement: "to have the conference as scheduled."]

SO ORDERED
7/24/07  Richard M. Berman
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

This firm represents plaintiff Phillip Kassai in the above-referenced action.

Defendant was served with the summons and complaint in this case on June 18, 2007 but has yet to answer. We therefore have not been able to notify anyone of the initial pre-trial conference scheduled by Your Honor for Thursday, July 26th. Accordingly, we respectfully request that the Court adjourn the conference. In the interim, we will seek to enter a default judgment against defendant.

Thank you for your consideration.

Respectfully,

Chaim B. Book (CB4652)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07