IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
PHILIPP KASSAI                                      :
                                                    :
         Plaintiff,                                 :
                                                    :
         -v-.-                                      :   Case Number 07CV5590
                                                    :
DRINKS AMERICAS HOLDINGS, LTD                       :
                                                    :
         Defendant                                  :
---------------------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for defendant Drinks Americas Holdings, Ltd. I certify that I am admitted to practice in this court.

**I HEREBY CERTIFY** that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsels of record.

Dated: New York, New York
July 25, 2007

                                    *s/ SHELDON GOPSTEIN*
                                    ATTORNEY FOR DEFENDANT
                                    130 West 42nd Street, Suite 410
                                    New York, NY 10036
                                    Tel. 212-363-2400
                                    Fax 212-363-3313
                                    E-mail: sglaw@optonline.net