UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Phillip Kassai
                  Plaintiff(s),

       - v -

Drinks America Holding,
                  Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 5590 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure. Defendant answer or move by August 9, 2007

(i) Joinder of additional parties by __August 31, 2007__

(ii) Amend the pleadings by __August 31, 2007__

(iii) All discovery to be **expeditiously** completed by __December 1, 2007__

(iv) Consent to Proceed before Magistrate Judge __No by plaintiff__

(v) Status of settlement discussions __Too early__ (12/3/07 @ 9:15 with Principals)

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

**SO ORDERED:** New York, New York
July 26, 2007



Hon. Richard M. Berman, U.S.D.J.
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07
```