UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KASSAI,

         Plaintiff.

  -against-

DRINKS AMERICA HOLDINGS, LTD.,

       Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 5590 (RMB)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ | Habeas Corpus |
| | | ____ | Social Security |
| ____ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ All such motions: ____ |
| ____ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
     July 26, 2007



Richard M. Berman, U.S.D.J.