UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PHILLIP KASSAI,                                    :

           Plaintiff,                       :         07 Civ. 5590 (RMB) (AJP)

     -against-                                      :         ORDER SCHEDULING
                                                            STATUS CONFERENCE

DRINKS AMERICA HOLDINGS, LTD.,     :

           Defendant.                    :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for September 10, 2007 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
              July 30, 2007

                                                   Andrew J. Peck
                                               United States Magistrate Judge

Copies **by fax & ECF** to:    Chaim B. Book, Esq.
                                       Sheldon H. Gopstein, Esq.
                                         Judge Richard M. Berman