IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PHILLIP KASSAI

                                                 CIVIL ACTION NO.
                                               07-CIV- 5590 (RMB)(AJP)

                       Plaintiff,


   -against-                          **RULE 7.1 CORPORATE**
                                            **DISCLOSURE STATEMENT**


DRINKS AMERICA HOLDINGS, LTD.,

                       Defendant.
------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant/Counterclaimant Drinks Americas Holdings, Ltd. (sued herein as Drinks America Holdings, Ltd.), by its undersigned counsel hereby states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 23, 2007


                                             *s/ SHELDON GOPSTEIN*
                                             Sheldon Gopstein, Esq. (SG0682)
                                             ATTORNEY FOR DEFENDANT
                                             Law Offices of Sheldon H. Gopstein, Esq.
                                             130 West 42nd Street, Suite 410
                                             New York, NY 10036
                                             Tel. 212-363-2400
                                             Fax 212-363-3313
                                             E-mail: sglaw@optonline.net