Susan J. Walsh (SW9938)
MOSKOWITZ & BOOK, LLP
1372 Broadway, 14th Floor
New York, New York  10018
(212) 221-7999

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP KASSAI, <br><br>　　　　　　　　　　Plaintiff, <br><br>　- against - <br><br>DRINKS AMERICA HOLDINGS, LTD., <br><br>　　　　　　　　　　Defendant. | ECF CASE <br><br> 07 CV 5590 (RMB) (AJP) <br><br> NOTICE OF APPEARANCE |

　　　　PLEASE TAKE NOTICE that Susan J. Walsh, Esq. of Moskowitz & Book, LLP hereby appears as counsel for plaintiff in the above captioned matter and demands that all papers in this action be served upon the undersigned at 1372 Broadway, 14th Floor, New York, New York 10018.

Dated: New York, New York
　　　　September 17, 2000

　　　　　　　　　　　　　　　　　MOSKOWITZ & BOOK, LLP


　　　　　　　　　　　　　　　　　By: /s/_____
　　　　　　　　　　　　　　　　　　　Susan J. Walsh (SW9938)
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　1372 Broadway, 14th Floor
　　　　　　　　　　　　　　　　　New York, New York  10018
　　　　　　　　　　　　　　　　　(212) 221-7999

TO:　Sheldon Gopstein, Esq.
　　　Law Offices of Sheldon Gopstein, Esq.
　　　130 West 42nd Street, Suite 410
　　　New York, New York  10036