# M&B

## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

October 26, 2007

Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

Re: *Phillip Kassai vs. Drinks America Holdings, Ltd.*, 07-SV-5590 (RMB)(AJP)
**Compliance Conference November 2, 2007**

Dear Judge Peck:

The parties in the above captioned matter are currently scheduled for a discovery compliance conference before Your Honor on Friday, November 2, 2007 at 9:00 am.

Counsel for both parties have conferred telephonically and are in agreement that a compliance conference at this stage of the litigation is unnecessary. Discovery in the matter is moving forward without issue at this stage. I have personally conferred with Mr. Sheldon Gopstein, Esq., counsel for Drinks America and he concurs with our position that there is no need to take the Court's time for a conference this coming Friday.

Accordingly, both sides suggest that the compliance conference be postponed until a date convenient to the Court following the Thanksgiving holiday.

**MEMO ENDORSED** 11/1/07

1. Conf adjourned at parties' request to 11/20 at 11:30AM.
2. To the extent that it is discovery to be put to Court for assistance, joint ltr to be submitted by 11/15.

Respectfully submitted,

Susan J. Walsh, Esq.
Moskowitz and Book, LLP
Attorneys for Plaintiff Kassai

cc: Sheldon H. Gopstein, Esq.
    Attorneys for Defendant Drinks America

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*Copies faxed to counsel*

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** November 1, 2007                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Susan J. Walsh, Esq. | 212-398-8835 |
| Sheldon H. Gopstein, Esq. | 212-363-3313 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 11/1/07**

1. Conf. adjourned at parties' request to 11/20 at 10:30 AM.

2. The Court notes that it is discourteous to the Court to mail such a request instead of faxing it.

**Copy to:** Judge Richard M. Berman