# M&B
## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/07*

RECEIVED
NOV 0 7 2007
CHAMBERS OF
ANDREW J. PECK

November 7, 2007

Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

    Re: *Phillip Kassai vs. Drinks America Holdings, Ltd.*, 07-SV-5590 (RMB)(AJP)
         **Compliance Conference November 20, 2007**

Dear Judge Peck:

    I write on behalf of both parties regarding the above scheduled conference. Currently the parties have a previously scheduled deposition on the adjourn date of the compliance conference before Your Honor on November 20. We write to request that the conference be adjourned so that the deposition can go forward on that date. The witnesses to be deposed are employed and scheduling of the depositions when all sides are available is challenging.

    We have depositions scheduled in this matter November 12th, and 20th and December 4th. In addition, we have a settlement conference before the Honorable Judge Berman on December 3 at 9:00 am.

    This letter is to respectfully request that the compliance conference be adjourned for that same date before Your Honor, if it is convenient to this Court. In the alternative we request November 28 following the Thanksgiving Holiday, if that date is convenient to the Court.

    Thank you for your time and consideration.

## MEMO ENDORSED 11/7/07

*Status conf adjourned at parties'
rqst to 12/13 at 11 AM.*

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,

Susan J. Walsh / by acm

Susan J. Walsh, Esq.
Moskowitz and Book, LLP
Attorneys for Plaintiff Kassai

cc: Sheldon H. Gopstein, Esq.

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** November 7, 2007                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Susan J. Walsh, Esq. | 212-398-8835 |
| Sheldon H. Gopstein, Esq. | 212-363-3313 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 11/7/07

Status conf. adjourned at parties' request to 12/3 at 11 AM.

Copy to:   Judge Richard M. Berman