**RECEIVED**
NOV 30 2007
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.

# M&B

## MOSKOWITZ & BOOK, LLP

Susan J. Walsh
Partner
SWalsh@moskowitzandbook.com

**MEMO ENDORSED**

1372 Broadway, Suite 1402
New York, NY 10018
Phone: (212) 221-7999
Fax: (212) 398-8835
www.moskowitzandbook.com

Hon. Richard Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

By Fax: 212-805-6717

Re: *Phillip Kassai v. Drinks Americas Holdings, Ltd. 07 CV 5590*

Dear Judge Berman:

> November 30, 2007
>
> Adjourned to 1/8/08 @ 3:30 with principals.
>
> SO ORDERED:
> Date: 11/30/07    Richard M. Berman
> Richard M. Berman, U.S.D.J.

    The above matter is scheduled for a settlement conference with the parties on Monday, December 3, at 9:00 am. The parties submit this letter jointly to inform the Court that discovery in the matter is still on going and will remain open until December 31, 2007. We believe that at the time Monday's conference was scheduled it was anticipated that discovery would be complete by now. There is still outstanding discovery, including several depositions which have yet to be conducted.

    We write jointly to inform the Court that discovery will not be complete at the time of the settlement conference, in the event the Court is inclined to adjourn the conference until after the close of discovery. Settlement discussions may prove more productive after the close of discovery, however, both sides are prepared to attend the conference on Monday should the Court be so inclined.

Respectfully submitted,

Susan J. Walsh
Attorney for Plaintiff

cc: Sheldon Gopstein, Esq.
    Attorney for Defendant
    By Fax: 212-363-3313

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07