IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
PHILLIP KASSAI,                                         :
                                                        : CIVIL ACTION NO.
                                                        : 07-cv-5590 (RMB)(AJP)
                                        Plaintiff,      :
                                                        :
            -against-                                   : **DEPOSITION SUBPOENA**
                                                        :
                                                        :
DRINKS AMERICAS HOLDINGS, LTD.,                         :
                                                        :
                                                        :
                                        Defendant.      :
--------------------------------------------------------X

TO:     **SLOAN SECURITIES CORP. (by James C. Ackerman)**
        444 Madison Avenue, 23rd floor
        New York, NY 10022

**YOU ARE HEREBY COMMANDED** to appear at The Law Office of Sheldon H. Gopstein, Esq., located at 130 West 42nd Street, suite 410, New York, New York on **December 14, 2007, at 10:00 A.M.** (and at any adjourned date[s] and time[s] agreed to by counsel) to testify under oath at the taking of a deposition in the above case with respect to the topics listed in Exhibit A and associated evidence material and relevant to the prosecution or defense of this action. The deposition will be taken upon oral examination and recorded by stenographic means before a notary public who is not an attorney or employee of an attorney for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of any interest herein.

**YOU ARE FURTHER COMMANDED** to produce and permit inspection and copying of the following documents at the place, date and time described above:

1. Documents and records of all communications, including correspondence and email, between Sloan Securities Corp. and Drinks Americas Holdings, Ltd., or any of its officers, directors, employees, agents and/or representatives, between September 2004 and the present.

2. Documents and records of any kind, including communications, reflecting or concerning any warrants allegedly promised or issued by Drinks Americas Holdings, Ltd. to or for the benefit of Sloan Securities Corp. or Sloan Equity Partners, LLC between September 2004 and the present.

3. Documents and records of any kind, including communications, reflecting or concerning the services or performance provided by Sloan Securities Corp. under any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd. between September 2004 and the present.

4. Documents and records of any kind, including communications, regarding the alleged assignment of any rights to any warrants promised or issued by Drinks Americas Holdings, Ltd.

5. Documents and records of any kind, including communications, concerning all activity, including deposits, withdrawals and transfers, on accounts opened and/or held by Sloan Securities Corp., or its principals or affiliates, related to any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd., including any deposits made at Signature Bank by or on account for investors for prospective investment in Drinks Americas' securities.

6. Copies of the Sloan Securities Corp. certificate of organization, by-laws, and corporate minutes between September 2004 and the present.

7. Identify the matters upon which the witness (Mr. Ackerman) has knowledge and will testify pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      November 26, 2007

                LAW OFFICE OF SHELDON H. GOPSTEIN, ESQ.

                By: _____
                      Sheldon H. Gopstein

                130 West 42nd Street, Suite 410
                New York, NY 10036
                Tel. 212-363-2400

## EXHIBIT A

## DEPOSITION TOPICS

1. The Investment Banking Agreement dated December 27, 2004 between Sloan Securities Corp. and Drinks Americas Holdings, Ltd.

2. The Investment Banking Agreement dated September 29, 2005 between Sloan Securities Corp. and Drinks Americas Holdings, Ltd.

3. The services or performance provided by Sloan Securities Corp. under any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd. between September 2004 and the present.

4. The Stock Purchase Warrant allegedly promised or issued by Drinks Americas Holdings, Ltd. to Sloan Equity Partners LLC or Sloan Securities Corp, and the alleged assignment of any rights thereto.

5. All activity, including deposits, withdrawals and transfers, on accounts opened and/or held by Sloan Securities Corp., or its principals or affiliates, related to any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd., including any deposits made at Signature Bank by or on account for investors for prospective investment in Drinks Americas securities.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
PHILLIP KASSAI,                              :
                                             :  CIVIL ACTION NO.
                                             :  07-cv-5590 (RMB)(AJP)
                    Plaintiff,               :
                                             :
    -against-                                :  **DEPOSITION SUBPOENA**
                                             :
                                             :
DRINKS AMERICAS HOLDINGS, LTD.,              :
                                             :
                                             :
                    Defendant.               :
----------------------------------------------------------------X

TO:  **SLOAN EQUITY PARTNERS, LLC (by James C. Ackerman)**
     444 Madison Avenue, 23rd floor
     New York, NY 10022

**YOU ARE HEREBY COMMANDED** to appear at The Law Office of Sheldon H. Gopstein, Esq., located at 130 West 42nd Street, suite 410, New York, New York on **December 14, 2007, at 2:00 P.M.** (and at any adjourned date[s] and time[s] agreed to by counsel) to testify under oath at the taking of a deposition in the above case with respect to the topics listed in Exhibit A and associated evidence material and relevant to the prosecution or defense of this action. The deposition will be taken upon oral examination and recorded by stenographic means before a notary public who is not an attorney or employee of an attorney for any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of any interest herein.

**YOU ARE FURTHER COMMANDED** to produce and permit inspection and copying of the following documents at the place, date and time described above:

1. Documents and records of all communications, including correspondence and email, between Sloan Equity Partners, LLC and Drinks Americas Holdings, Ltd., or any of its officers, directors, employees, agents and/or representatives, between September 2004 and the present.

2. Documents and records of any kind, including communications, reflecting or concerning any warrants allegedly promised or issued by Drinks Americas Holdings, Ltd. to or for the benefit of Sloan Securities Corp. or Sloan Equity Partners, LLC between September 2004 and the present.

3. Documents and records of any kind, including communications, reflecting or concerning the services or performance provided by Sloan Securities Corp. or Sloan Equity Partners, LLC under any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd. between September 2004 and the present.

4. Documents and records of any kind, including communications, regarding the alleged assignment of any rights to any warrants promised or issued by Drinks Americas Holdings, Ltd.

5. Documents and records of any kind, including communications, concerning all activity, including deposits, withdrawals and transfers, on accounts opened and/or held by Sloan Securities Corp., or its principals or affiliates, related to any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd., including any deposits made at Signature Bank by or on account for investors for prospective investment in Drinks Americas' securities.

6. Copies of the Sloan Equity Partners, LLC certificate of organization, operating agreement, and list of members and managers from September 2004 to the present.

      7. Identify the matters upon which the witness (Mr. Ackerman) has knowledge and will testify pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 26, 2007

              LAW OFFICE OF SHELDON H. GOPSTEIN, ESQ.

           By: _____
                  Sheldon H. Gopstein

           130 West 42nd Street, Suite 410
           New York, NY 10036
           Tel. 212-363-2400

## EXHIBIT A

## DEPOSITION TOPICS

1. The Investment Banking Agreement dated December 27, 2004 between Sloan Securities Corp. and Drinks Americas Holdings, Ltd.

2. The Investment Banking Agreement dated September 29, 2005 between Sloan Securities Corp. and Drinks Americas Holdings, Ltd.

3. The services or performance provided by Sloan Securities Corp. or Sloan Equity Partners, LLC under any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd. between September 2004 and the present.

4. The Stock Purchase Warrant allegedly promised or issued by Drinks Americas Holdings, Ltd. to Sloan Equity Partners LLC or Sloan Securities Corp., and the alleged assignment of any rights thereto.

5. All activity, including deposits, withdrawals and transfers, on accounts opened and/or held by Sloan Securities Corp., or its principals or affiliates, related to any Investment Banking Agreement between Sloan Securities Corp. and Drinks Americas Holdings, Ltd., including any deposits made at Signature Bank by or on account for investors for prospective investment in Drinks Americas securities.