UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHILLIP KASSAI

                  Plaintiff,

                                                  07 CIVIL 5590 (RMB)

  -against-

DRINKS AMERICAS HOLDINGS, LTD.

                 Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: SHELDON H. GOPSTEIN, ESQ.

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        SG 0692

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: SHELDON HOWARD GOPSTEIN

    To: LAW OFFICES OF SHELDON H. GOPSTEIN, ESQ.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] **Address:** 130 WEST 42nd ST., SUITE 410, NYC 10036

[X] **Telephone Number:** 212-363-2400

[X] **Fax Number:** 212-363-3313

[X] **E-Mail Address:** SGLAW@OPTONLINE.NET

Dated: 12-28-07

                                                      *[signature]*