UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILLIP KASSAI                                          :
                                                        :    07 Civ. 5590 (RMB)(AJP)
                        Plaintiff,                      :
                                                        :
    - against -                                         :
                                                        :    **ORDER**
DRINKS AMERICA HOLDINGS, LTD.,                          :
                                                        :
                        Defendant.                      :
------------------------------------------------------------x

In light of the Court's oral ruling at a conference with the parties on February 4, 2008 (to the effect that remaining documentary discovery be completed by February 18, 2008), the Court denies as moot the parties' objections [16, 19], dated December 27, 2007, and January 3, 2008, to the order of Magistrate Judge Andrew J. Peck, dated December 17, 2007.

Dated: New York, New York
       February 21, 2008



RICHARD M. BERMAN, U.S.D.J.

