IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PHILLIP KASSAI,

          Plaintiff,

  -against-


DRINKS AMERICAS HOLDINGS, LTD.,

          Defendant.
------------------------------------------------------------X

CIVIL ACTION NO.
07-cv-5590 (RMB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

### STIPULATION DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties hereto that the above-captioned action and counterclaims be, and the same hereby are, discontinued with prejudice and without costs to any party.

Dated: April 14, 2008

| | |
|---|---|
| MOSKOWITZ & BOOK, LLP | LAW OFFICE OF<br>SHELDON H. GOPSTEIN, ESQ. |
| Attorneys for Plaintiff,<br>Phillip Kassai | Attorneys for Defendant,<br>Drinks Americas Holdings, Ltd. |
| By: _____<br>Chaim B. Book (CB4652) | By: _____<br>Sheldon H. Gopstein (SG0682) |
| 1372 Broadway, Suite 1402<br>New York, NY 10018<br>(212) 221-7999 | 130 West 42nd Street, Suite 410<br>New York, NY 10036<br>(212) 363-2400 |



Richard M. Berman /RMB
4/28/08